# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  **Vartek, L.L.C.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **T. Starr Porter**<br>6715 N. 53rd St.<br>Tampa, FL 33610 | | 4.5% | |
| **Twila Starr Porter Irrevocable Trust**<br>6715 N. 53rd St.<br>Tampa, FL 33610 | | 95.5% | |

In re:   **Vartek, L.L.C.**                                   Case No. _____

                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  8/23/19                    Signature  /s/ William A. Long, Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.