Fill in this information to identify the case:

Debtor name: **Vartek, L.L.C.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cary Compounds**<br>5 Nicholas Court<br>Dayton, NJ 08810 | | | | | | $1,156,747.23 |
| **Flex Technologies, Inc.**<br>5479 Gundy Dr.<br>Midvale, OH 44653 | | | | | | $317,131.50 |
| **Resin Technology**<br>1 Forge Village Road-Ste. A<br>Groton, MA 01450 | | | | | | $110,720.38 |
| **Chroma Color Corp.**<br>P.O. Box 734198<br>Chicago, IL 60673-4198 | | | | | | $104,681.32 |
| **Fisher Bros Logistics, Inc.**<br>33523 Pond Rd.<br>Delano, CA 93215 | | | | | | $88,550.00 |
| **Dimex Corporation**<br>28305 State Rte 7<br>Marietta, OH 45750 | | | | | | $61,290.00 |
| **Maillefer**<br>Route Du Bois 37<br>P.O. Box 259<br>CH-1024 Ecublens | | | | | | $31,930.00 |
| **Tampa Electric**<br>P.O. Box 31318<br>Tampa, FL 33631 | | | | | | $22,870.37 |
| **C.H. Robinson Worldwide**<br>P.O. Box 9121<br>Minneapolis, MN 55480 | | | | | | $21,094.00 |
| **Rocke, McLean & Sbar**<br>Attn: Jon Sbar<br>2309 S. MacDill Avenue<br>Tampa, FL 33629 | | | | | | $15,125.35 |
| **Fifth Wheel Freight LLC**<br>4460 44th St. SE, Suite D<br>Grand Rapids, MI 49512 | | | | | | $13,600.00 |

Debtor  **Vartek, L.L.C.**                                      Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TMS**<br>18450 Pine Boulevard<br>Suite 203<br>Hollywood, FL 33029 | | | | | | $11,900.00 |
| **Business Records Management**<br>P.O. Box 2795<br>Oldsmar, FL 34677 | | | | | | $8,408.13 |
| **Trane Building Services**<br>Attn:  Briana Scott<br>902 N. Himes Ave.<br>P.O. Box 18547<br>Tampa, FL 33609 | | | | | | $8,254.83 |
| **Davis Standard**<br>1 Extrusion Dr.<br>Pawcatuck, CT 06379 | | | | | | $6,365.29 |
| **Pallet One**<br>1470 U.S. Hwy 17 S.<br>Bartow, FL 33830 | | | | | | $5,825.00 |
| **R+L Carriers**<br>P.O. Box 10020<br>Port William, OH 45164-2000 | | | | | | $5,820.24 |
| **Wemer Logistics**<br>39365 Treasury Center<br>Chicago, IL 60694-9300 | | | | | | $4,300.00 |
| **Waste Management of Florida**<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | | | | | | $4,115.90 |
| **Smith Cargo**<br>1300 Sawgrass Corporate Pkwy.<br>Suite 110<br>Sunrise, FL 33323 | | | | | | $4,017.58 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Vartek, L.L.C. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/23/19      X /s/ William A. Long, Jr.
                            Signature of individual signing on behalf of debtor

                            William A. Long, Jr.
                            Printed name

                            Chief Restructuring Officer
                            Position or relationship to debtor